BEFORE THE FIRST DIVISION, JANUARY 7, 1959

**No. 62651.**—Mercantile Trading Co. of N.Y. *v.* United States, protest 58/3249 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of imitation pearl beads similar in all material respects to those the subject of *D. Lisner & Co., Inc.* v. *United States* (40 Cust. Ct. 104, C.D. 1967), the claim of the plaintiff was sustained.